UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

TPG REWARDS, INC.,

                Plaintiff,

v.

QUANTUM LOYALTY SYSTEMS, INC.,
QUANTUM CORPORATION OF NEW
YORK, INC., and RON RANDOLPH-WALL,

                Defendants.

———————————————————————

Civil Action No.
09 Civ. 00562 (DLC)

## NOTICE OF DISMISSAL
### PURSUANT TO RULE 41(a)(1), FED. R. CIV. P.

Further to the Court's Order of April 9, 2009, Plaintiff TPG Rewards, Inc. hereby requests that the above-entitled action be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., each party to bear its own costs and attorneys' fees.

Dated: August 12, 2011

/ Robert T. Maldonado/
Robert T. Maldonado (RTM 7873)
COOPER & DUNHAM LLP
30 Rockefeller Plaza
New York, New York  10112
Tel. (212) 278-0400
Fax. (212) 391-0525

Attorneys for Plaintiff
TPG Rewards, Inc.

**SO ORDERED** this ___15th___ day of August, 2011.

_____
Hon. Denise L. Cote
United States District Judge